J. Robert Forshey
State Bar No. 07264200
Laurie Dahl Rea
State Bar No. 00796150
Dylan T.F. Ross
State Bar No. 24104435
FORSHEY & PROSTOK LLP
777 Main St., Suite 1290
Ft. Worth, TX  76102
Telephone: (817) 877-8855
Facsimile:  (817) 877-4151
bforshey@forsheyprostok.com
lrea@forsheyprostok.com
dross@forsheyprostok.com

COUNSEL FOR THE CHAPTER 11 TRUSTEE

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re | § | |
| | § | |
| TAG MOBILE, LLC | § | Chapter 11 |
| | § | |
| Debtor. | § | Case No. 17-33791-SGJ-11 |
| | § | |

_____

| | | |
|---|---|---|
| ROBERT YAQUINTO, JR. AS CHAPTER 11 | § | |
| TRUSTEE OF TAG MOBILE, LLC, | § | |
| | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Adversary No. 19-03154-SGJ |
| | § | |
| THE TRAVELERS COMPANIES, INC., | § | |
| | § | |
| | § | |
| Defendant. | § | |

**<u>NOTICE OF VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING</u>**

TO THE HONORABLE STACEY G. C. JERNIGAN, UNITED STATES BANKRUPTCY JUDGE:

Robert Yaquinto, Jr. (the "<u>Plaintiff</u>"), the Chapter 11 Trustee of TAG Mobile, LLC (the "<u>Debtor</u>"), files this *Notice of Voluntary Dismissal of Adversary Proceeding* against The Travelers Companies, Inc. (the "<u>Defendant</u>").

1.    Plaintiff and Defendant have settled this adversary proceeding.

2.      On March 6, 2020, the Court entered an *Order Granting Motion to Approve Settlement Agreement with The Travelers Companies, Inc.* (the "<u>Order</u>") [Bankr. Dkt. No. 322]

3.      Defendant did not file an answer to the Plaintiff's *Complaint.*

4.      Accordingly, Plaintiff hereby dismisses this adversary proceeding pursuant to Rule 41(a)(1) of the FED. R. CIV. P, made applicable to this adversary proceeding by Rule 7041 of the FED. R. BANKR. P.

5.      This dismissal is with prejudice.

### **Prayer for Relief**

WHEREFORE, Plaintiff hereby gives notice of dismissal of this adversary proceeding as set forth above.

Dated:  March 20, 2020                    Respectfully submitted,

<div style="margin-left:40%">

/s/ Laurie Dahl Rea
J. Robert Forshey
State Bar No. 07264200
Laurie Dahl Rea
State Bar No. 00796150
Dylan T.F. Ross
State Bar No. 24104435
FORSHEY & PROSTOK LLP
777 Main St., Suite 1290
Ft. Worth, TX  76102
Telephone: (817) 877-8855
Facsimile: (817) 877-4151
bforshey@forsheyprostok.com
lrea@forsheyprostok.com
dross@forsheyprostok.com

COUNSEL FOR THE CHAPTER 11 TRUSTEE

</div>

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing document was served via email or United States First Class Mail, postage prepaid on the parties listed below, and via ECF Electronic Notice upon all parties receiving notice in this case via ECF on March 20, 2020.

Melissa A. Cordima
TRAVELERS
One Tower Square – 8MS
Hartford, CT 06183
MCordima@travelers.com

                              */s/ Laurie Dahl Rea*
                              Laurie Dahl Rea